HAROLD A. CHAFFEE et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 29309.)

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.